ROB BONTA
Attorney General of California
TYLER V. HEATH
Supervising Deputy Attorney General
GARRETT L. SEUELL
Deputy Attorney General
State Bar No. 323175
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6144
 Fax: (916) 324-5205
 E-mail: Garrett.Seuell@doj.ca.gov
*Attorneys for Defendants*
*Adams, Bertolino, Casillas and Fears*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SURINDER BAINS,** | 2:23-cv-0986 KJN P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **ADAMS, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se.  On March 15, 2024, defendants filed a motion requesting that the court allow defendants to opt out of the Post-Screening Alternative Dispute Resolution (ADR) Project, lift the stay, and set a deadline to file a responsive pleading. After reviewing defendants' motion, and good cause appearing, defendants' motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 11) is granted;

2. The ADR stay (ECF No. 10) is lifted; and

/////

/////

/////

3. Defendants shall file their responsive pleading within thirty from the date of this order.

Dated:  March 18, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/bain0986.opt