UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURINDER BAINS,<br><br>    Plaintiff,<br><br>    v.<br><br>ADAMS, et al.,<br><br>    Defendants. | No. 2:23-0986 CSK P<br><br><br><br>ORDER |

On July 24, 2024, plaintiff filed a motion for first extension of time to respond to defendant Adams' first set of interrogatories and first request for production of documents. (ECF No. 16.) Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 16) is granted; and

2. On or before September 5, 2024, plaintiff shall respond to defendant Adams' first set of interrogatories and first request for production of documents.

Dated: July 31, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/bain0986.36

1