UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURINDER BAINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADAMS, et al.,<br><br>　　　　　Defendants. | No.  2:23-0986 CSK P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  On August 2, 2024, defendants filed their first motion to modify the Discovery and Scheduling Order based on plaintiff's recent request to extend his deadlines to respond to defendants' discovery requests.  (ECF No. 18.)  Defendants seek to extend the deadlines by sixty days to enable the parties to receive and review the discovery responses and take plaintiff's deposition.  As discussed below, defendants' motion is granted.

Background

On April 29, 2024, the Court issued the Discovery and Scheduling Order, setting the discovery deadline for August 16, 2024, and the pretrial motions deadline for November 8, 2024.  (ECF No. 15.)

On August 1, 2024, plaintiff was granted thirty days to respond to defendant Adams' first set of interrogatories and first request for production of documents.  (ECF No. 17.)

1

Governing Standards

"The district court is given broad discretion in supervising the pretrial phase of litigation." Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal quotation marks omitted). Rule 16(b) provides that "[a] schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975 F.2d at 607).

Discussion

Defendants have shown good cause to extend this Court's deadlines. Plaintiff's discovery responses are now due after the discovery deadline, and defendants require additional time to receive and review such responses before taking plaintiff's deposition. The extension of the discovery deadline will also require extending the pretrial motions deadline.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the Discovery and Scheduling Order (ECF No. 18) is granted.
2. The discovery deadline is extended from August 16, 2024, until October 15, 2024.
3. The pretrial motions deadline is extended from November 8, 2024, until January 7, 2025.

Dated: August 6, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/bain0986.16b