UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SURINDER BAINS,

         Plaintiff,

    v.

ADAMS, et al.,

         Defendants.

No.  2:23-cv-0986 CSK P

ORDER AND REVISED SCHEDULING ORDER

Plaintiff is a former state prisoner proceeding pro se.  The Court previously found good cause to vacate the discovery and scheduling order deadlines in light of defendants' difficulties in obtaining discovery from plaintiff.  (ECF No. 22.)  Subsequently, the Court granted defendants' motion to compel, and ordered plaintiff to provide additional responses to pending discovery.  (ECF No. 32.)  No further discovery motions have been filed.  Therefore, the Court finds that discovery is now closed, and resets the pretrial motions deadline to April 10, 2026.  With regard to motions for summary judgment, the parties are reminded of their obligations under Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1998) (en banc).  (ECF No. 15 at 6-7, 9 (initial scheduling order).)

Accordingly, IT IS HEREBY ORDERED that:

1.  Discovery is closed.

///

1

2. All pretrial motions, except motions to compel discovery, shall be filed on or before April 10, 2026.

Dated: February 3, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/bain0986.41r