UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURINDER BAINS, | No.  2:23-cv-0986 CSK P |
| Plaintiff, | |
| v. | ORDER |
| ADAMS, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On February 11, 2026, plaintiff filed a motion to compel discovery.  (ECF No. 35.)  However, discovery is closed.  (ECF No. 34.)  The Court issued its first discovery and scheduling order on April 19, 2024, and vacated the scheduling order on November 12, 2024, to resolve the discovery issues pending at the time.  (ECF Nos. 15, 22.)  On February 4, 2026, the Court issued a revised scheduling order finding that discovery is closed, and set a new pretrial motions deadline for April 10, 2026.  (ECF No. 34.)  Therefore, plaintiff's motion is untimely and is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 35) is denied as untimely.

Dated:  February 24, 2026

_____

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/bain0986.mtc.d

1